10790

JORDAN v. WALTERS *ET AL.*

(110 S. E. 110)

PLEADING—ORDER STRIKING ANSWER AFFIRMED, WHERE NO DEFENSE WAS STATED.—An order striking out answer of defendants and giving plaintiff judgment must be affirmed, where the answer pleaded no defense.

Before PEURIFOY, J., April, 1921. Affirmed.

Action by J. N. Jordan against E. W. Walters and H. L. Camritz, Jr. From order striking out answer and giving judgment for plaintiff the defendants appeal.

*Messrs. Tatum & Jennings,* for appellants, cite: *Frivolous and sham answers and defenses*: Code Proc. 1912, Secs. 306; 202; 97 S. C., 389; 6 S. C., 113; 9 S. C., 438; 20 Enc. Pl. & Pr. 13; 31 Cyc. 623; 50 S. C., 54; 2 S. C., 422; 27 S. C., 164; 54 S. C., 400; 85 S. C., 338; 88 S. C., 496; 3 Bail. 42; 6 S. C., 485; 37 S. C., 145; 67 S. C., 456.

*Messrs. McLeod & Dennis,* for respondents.

December 19, 1921.

The opinion of the Court was delivered by MR. JUSTICE WATTS.

This is an appeal from an order of Judge Peurifoy, striking out answer of defendants and giving plaintiff judgment. The order must be affirmed, as the answer pleads no defense.

Judgment affirmed.